**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                              CASE NO. 06-40059-TLH4
                                                    CHAPTER 13
MEDEIA MARIE MURPHY

          Debtor(s)
_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

   **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

   1.   The Trustee has issued check(s) FOR MEDEIA MARIE MURPHY which remains outstanding and uncleared.

   2.   The Trustee has placed a Stop Payment Order with the bank on the check(s).

   3.   The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 418916 in the amount of $3.47 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

MEDEIA MARIE MURPHY
736 A B MURPHY ROAD         ,
PERRY, FL 32347

AND

ANGELA M. BALL, ESQ.
P. O. BOX 734
PERRY, FL 32348

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

8/25/2011  8:24 am / CR_213